# Court of Appeals
# of the State of Georgia

ATLANTA,  February 10, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0642. MICHAEL SHEFFRIN v. HEDGEPETH HEREDIA, LLC.

Michael Sheffrin (the "Husband") and Kim M. Sheffrin (the "Wife") were divorced in 2020. In 2021, the trial court entered an order awarding the Wife attorney fees under OCGA § 19-6-2 and ordering the Husband to pay $49,819.98 in attorney fees to the firm representing the Wife, Hedgepeth Heredia, LLC ("Hedgepeth"). In 2022, Hedgepeth filed an application for contempt against the Husband, arguing that the Husband was in willful contempt of the trial court's order on attorney fees. The trial court entered an order finding the Husband in contempt. The Husband then filed a notice of appeal. Later, Hedgepeth filed a motion to dismiss the appeal, arguing that the Husband failed to filed the transcript and pay for the cost of the appellate record. The trial court granted the motion and dismissed the appeal. The trial court also ordered the Husband to pay $2,045.00 in attorney fees to Hedgepeth under OCGA § 9-15-14 (b). The Husband then filed this direct appeal of that order. We lack jurisdiction.

As a rule, "a trial court's order dismissing a properly filed direct appeal is itself subject to a direct appeal." *American Med. Security Group v. Parker*, 284 Ga. 102, 103 (2) (663 SE2d 697) (2008). However, a trial court's order dismissing an improperly filed direct appeal is not subject to direct appeal. See id. Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (2); *Russo v. Manning*, 252 Ga. 155, 155 (312 SE2d 319) (1984). And an order awarding OCGA § 9-15-14 attorney fees also requires an application for discretionary appeal. See OCGA § 5-6-35 (a) (10). "[C]ompliance with the discretionary appeals procedure is

jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). The Husband's failure to comply with the discretionary appeal procedures deprives this Court of jurisdiction over the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __02/10/2023__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*